[No. 10401–0–III. Division Three. January 15, 1991.]

COLLEEN LEE WUNSCH, ET AL, *Appellants,* v. ISC SYSTEMS CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–01889–2, Robert D. Austin, J., entered November 20, 1989. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 10321–8–III. Division Three. January 15, 1991.]

CHRISTINE SUE CONLEY, *Petitioner,* v. MICHAEL STALDER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–2–00538–0, Yancey Reser, J., entered September 18, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 13297–4–II. Division Two. January 16, 1991.]

H. HEINRICH STARKE, ET AL, *Appellants,* v. KITSAP BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89–2–00559–1, Terence Hanley, J., entered September 29, 1989. *Affirmed* by unpublished per curiam opinion.